

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2015

No. 04-14-00487-CV

Mary Alice Saiz,
Appellant

v.

Susser Holdings Corporation and Stripes LLC,
Appellees

Trial Court Case No. 2012-02-28,530-CV

## ORDER

The Court has reviewed the record and briefs in this appeal and has determined that oral argument will not significantly aid it in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Therefore, all requests for oral argument are denied, and the cause is advanced for **ON BRIEFS** submission on February 10, 2015, to the following panel: Chief Justice Marion, Justice Barnard, and Justice Alvarez. All parties will be notified of the Court's decision in this appeal in accordance with TEX. R. APP. P. 48.

Either party may file a motion requesting the Court to reconsider its determination that oral argument will not significantly aid the Court in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Such a motion should be filed within ten (10) days from the date of this order.

It is so **ORDERED** on January 7, 2015.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this January 7, 2015.

_____
Keith E. Hottle, Clerk